**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )
Bimbo and Sons Corporation )
)
) Case No.
)
)
)

**VERIFICATION OF MASTER ADDRESS LIST**

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: November 19, 2020          /s/ BALWINDHER PRASHER
                                  Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

```
Bimbo and Sons Corporation

Ally Financial
P. O. Box 380902
Minneapolis, MN 55438

Alpin Patel
c/o Bishop & Barry
A Professional Law Corporation
6001 Shellmound Street, Ste. 875
Emeryville, CA 94608

Bishop & Barry
A Professional Law Corporation
6001 Shellmound Street, Suite 875
Emeryville, CA 94608

BMO Transportation Finance
3925 Fountains Boulevard NE
Cedar Rapids, IA 52411

Brian Payton
c/o Bishop & Barry
A Professional Corporation
6001 Shellmound Street, Suite 875
Emeryville, CA 94608

Chase
P. O. Box 15548
Wilmington, DE 19886

Dominic Gittens
c/o The Kick Law Firm
815 Morage Drive
Los Angeles, CA 90049

KeepTruckin
55 Hawthorne Street
4th Floor
San Francisco, CA 94105

PNC Equipment Finance, LLC
c/o TIERNEY, WATSON & HEALY
A Professional Corporation
351 California Street, Suite 600
San Francisco, CA 94104

State Funds/NCCS
700 Leisure Lane
Attention: Luther Happ
Sacramento, CA 95815

The Kick Law Firm, APC
815 Moraga Drive
Los Angeles, CA 90049
```

```
U. U. Department of Transportation
Federal Motor Carrier Safety Administrat
12600 W. Colfax Avenue
Suite B-300
Denver, CO 80215

U.S. Department of Transportation
Docket Operations, M-30
West Building Ground Floor, Rm. W12-140
1200 New Jersey Avenue, SE
Washington, DC 20590

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Wabash National Financial Services
655 Business Center Drive, Suite 250
Horsham, PA 19044

Wells Fargo Bank, N.A.
P. O. Box 60510
Los Angeles, CA 90060-0510
```