United States Bankruptcy Court
Eastern District of California

In re:                                                    Case No. 20-25272-B

Bimbo and Sons Corporation                                Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0972-2                    User: admin                    Page 1 of 2
Date Rcvd: Nov 23, 2020                 Form ID: 309C                  Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bimbo and Sons Corporation, 353 Rosebriar Place, Lathrop, CA 95330-8882 |
| aty | + | Chinonye Ugorji, 2775 Cottage Way, Suite 36, Sacramento, CA 95825-1230 |
| 23170334 | + | Alpin Patel, c o Bishop Barry, A Professional Law Corporation, 6001 Shellmound Street Ste 875, Emeryville CA 94608-1957 |
| 23170336 | + | BMO Transportation Finance, 3925 Fountains Boulevard NE, Cedar Rapids IA 52411-6619 |
| 23170335 | + | Bishop Barry, A Professional Law Corporation, 6001 Shellmound Street Suite 875, Emeryville CA 94608-1957 |
| 23170337 | + | Brian Payton, c o Bishop Barry, A Professional Corporation, 6001 Shellmound Street Suite 875, Emeryville CA 94608-1957 |
| 23170339 | + | Dominic Gittens, c o The Kick Law Firm, 815 Morage Drive, Los Angeles CA 90049-1633 |
| 23170340 | + | KeepTruckin, 55 Hawthorne Street, 4th Floor, San Francisco CA 94105-3989 |
| 23170341 | + | PNC Equipment Finance LLC, c o TIERNEY WATSON HEALY, A Professional Corporation, 351 California Street Suite 600, San Francisco CA 94104-2404 |
| 23170342 | + | State Funds NCCS, 700 Leisure Lane, Attention Luther Happ, Sacramento CA 95815-4204 |
| 23170343 | + | The Kick Law Firm APC, 815 Moraga Drive, Los Angeles CA 90049-1633 |
| 23170345 | + | U S Department of Transportation, Docket Operations M-30, West Building Ground Floor Rm W12-140, 1200 New Jersey Avenue SE, Washington DC 20590-0001 |
| 23170344 | + | U U Department of Transportation, Federal Motor Carrier Safety Administra, 12600 W Colfax Avenue, Suite B-300, Denver CO 80215-3753 |
| 23170346 | + | US Bank Equipment Finance, 1310 Madrid Street, Marshall MN 56258-4099 |
| 23170347 | + | Wabash National Financial Services, 655 Business Center Drive Suite 250, Horsham PA 19044-3448 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGRFARRAR.COM | Nov 24 2020 06:38:00 | Gary Farrar, PO Box 576097, Modesto, CA 95357-6097 |
| smg | | EDI: EDD.COM | Nov 24 2020 06:38:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 24 2020 06:38:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 23170333 | + | EDI: GMACFS.COM | Nov 24 2020 06:33:00 | Ally Financial, P O Box 380902, Minneapolis MN 55438-0902 |
| 23170338 | | EDI: JPMORGANCHASE | Nov 24 2020 06:33:00 | Chase, P O Box 15548, Wilmington DE 19886 |
| 23170348 | | EDI: WFFC.COM | Nov 24 2020 06:38:00 | Wells Fargo Bank N A, P O Box 60510, Los Angeles CA 90060-0510 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020                      Signature:        /s/Joseph Speetjens

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Bimbo and Sons Corporation**<br>Name | EIN **47–1588726** |
| United States Bankruptcy Court **Eastern District of California**<br>Case number: **20–25272 – B – 7** | | Date case filed for chapter **7: 11/20/20** |

## Official Form 309C (For Corporations or Partnerships)

10/20

## Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Bimbo and Sons Corporation | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 353 Rosebriar Place<br>Lathrop, CA 95330 | |
| **4. Debtor's attorney**<br>Name and address | Chinonye Ugorji<br>2775 Cottage Way, Suite 36<br>Sacramento, CA 95825 | Contact phone: 916–925–1894 |
| **5. Bankruptcy trustee**<br>Name and address | Gary Farrar<br>PO Box 576097<br>Modesto, CA 95357 | Contact phone: 209–551–1962 |
| **6. Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (916) 930–4400<br>Date: 11/23/20 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 7, 2021 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | Location:<br><br>**This meeting is being held telephonically. For telephonic information please go to**<br>www.caeb.uscourts.gov |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |